Robert C. Niesley, Bar No. 131373
rniesley@wthf.com
Brent N. Mackay, Bar No. 244349
bmackay@wthf.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
2040 Main Street, Suite 300
Irvine, CA 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
Insurance Company of the West, a California Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS J. YOUNG, an individual; ANN T. YOUNG, an individual; CHRISTOPHER TREBLE, an individual; CHRISTOPHER TREBLE, as trustee of the TREBLE FAMILY TRUST; and DOES 1-25,<br><br>Defendants. | Case No. CV-09-1419-JL<br><br>**STIPULATION FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

///
///
///
///
///
///
///
///
///

1  Plaintiff INSURANCE COMPANY OF THE WEST ("Plaintiff"), and
2  Defendants LEWIS J. YOUNG and ANN T. YOUNG (collectively, "Defendants"),
3  by and through their respective counsel, hereby stipulate as follows:

4  WHEREAS, Plaintiff and Defendants have met and conferred, and are
5  continuing to meet and confer, in connection with this matter as required pursuant
6  to Federal Rules of Civil Procedure ("FRCP"), Rule 26;

7  WHEREAS, Plaintiff and Defendants are working together to prepare a Joint
8  Case Management Conference Report pursuant to FRCP 26(f);

9  WHEREAS, Plaintiff's counsel is unavailable to attend the Initial Case
10 Management Conference currently scheduled on July 8, 2009 at 10:30 a.m.;

11 WHEREAS, Plaintiff's counsel and Defendants' counsel are available to
12 attend the Initial Case Management Conference on July 15, 2009 at 10:30 a.m. or as
13 soon thereafter as the Court's schedule permits;

14 WHEREAS, none of the other Defendants named in this action have
15 appeared;

16 IT IS HEREBY AGREED:

17   1.  That the Initial Case Management Conference currently
18       scheduled on July 8, 2009 at 10:30 a.m. be continued to July 29,
19       2009 at 10:30 a.m., as soon thereafter as the Court's schedule
20       permits; and

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

- 2 -

STIPULATION FOR ORDER CONTINUING
INITIAL CASE MANAGEMENT
CONFERENCE

2. That the other deadlines set forth in the Court's Order Setting Initial Case Management Conference And ADR Deadlines be continued accordingly, including the due date for the Joint Case Management Conference Report and the Parties' respective Initial Disclosures.

IT IS SO STIPULATED.

Dated: June 16, 2009

Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: *Brent Mackay*
Robert C. Niesley
Brent N. Mackay
Attorneys for Plaintiff
INSURANCE COMPANY OF THE WEST

Dated: June 16, 2009

Farella, Braun & Martel, LLP

By: *Kelly A. Woodruff*
Kelly A. Woodruff
Attorneys for Defendants, LEWIS J. YOUNG and ANN T. YOUNG

The Case Management Conference is continued to July 29, 2009 at 10:30 a.m.

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA