1  Kelly A. Woodruff (SBN 160235)
        (kwoodruff@fbm.com)
2  Farella Braun & Martel LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
   Attorneys for The Youngs
6  LEWIS J. YOUNG and ANN T. YOUNG

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | INSURANCE COMPANY OF THE          Case No.  CV 09-1419 JL
   | WEST, a California corporation,
13 |
   |                                   STIPULATION AND [PROPOSED]
14 |           Plaintiff,              ORDER CONTINUING DATE WITHIN
   |                                   WHICH TO COMPLETE MEDIATION
15 |    vs.
   |
16 | LEWIS J. YOUNG, an individual, et al.,
   |
17 |           Defendants.

18

19     Plaintiff INSURANCE COMPANY OF THE WEST ("Plaintiff"), and Defendants

20 LEWIS J. YOUNG and ANN T. YOUNG (collectively, "Defendants"), by and through their

21 respective counsel, hereby stipulate as follows:

22     WHEREAS, Plaintiff and Defendants have stipulated to participate in mediation pursuant

23 to ADR L.R. 6;

24     WHEREAS, on June 18, 2009, this Court ordered the parties to mediation, to be

25 completed within 90 days of the date of the order;

26     WHEREAS, the parties and mediator have conferred to discuss scheduling and

27 determined that they need additional time to complete mediation;

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

23648\2007089.1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION

WHEREAS, the parties and mediator have agreed to conduct the mediation session on September 30, 2009, to be completed no later than October 14, 2009.

IT IS HEREBY AGREED:

1. That the parties will mediate the case on September 30, 2009, to be concluded in no event later than October 14, 2009.

IT IS SO STIPULATED.

Dated: July 30, 2009                    Farella, Braun & Martel, LLP

By: /s/ Kelly A. Woodruff
Kelly A. Woodruff
Attorneys for Defendants, LEWIS J. YOUNG and ANN T. YOUNG

Dated: July 30, 2009                    Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

By: [signature] Brent Mackay
Robert C. Niesley
Brent N. Mackay
Attorneys for Plaintiff
INSURANCE COMPANY OF THE WEST

### ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that the parties shall complete mediation pursuant to ADR L.R. 6 no later than October 14, 2009.

DATED: August 3, 2009                  [signature]
HONORABLE JAMES LARSON
United States Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 2 -

23648\2007089.1

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE MEDIATION